# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0517

_____

RICHARD BRYSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus – Original Jurisdiction.

March 29, 2018

PER CURIAM.

The petition for writ of mandamus is denied as premature.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard Bryson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.